IN RE:  CASE NO. 07-52791-S

JEFFREY O. LEISENRING
CHRISTINE A. LEISENRING
    Debtors

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #116 in the amount of $7.69 was issued on September 17, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

                                                Amt. of Dividend

| Claim | Creditor | Amount |
|---|---|---|
| Claim #3 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $ 1.33 |
| Claim #17 | Ohio Edison<br>Attn: Bankruptcy Dept.<br>6896 Miller Rd.<br>Brecksville, OH 44141 | $ 1.52 |
| Claim #18 | Time Warner Cable<br>530 S. Main St Suite 1751<br>Akron, Ohio 44311 | $ 4.84 |

TOTAL:                                                   $ 7.69

*Ck #116*
*receipt #81788*

                                        HAROLD A. CORZIN, TRUSTEE
                                        304 N. Cleveland-Massillon Rd.
                                        Akron, Ohio 44333
                                        (330) 670-0770

September 17, 2010